The People of the State of New York, Respondent, v. William Hogan, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Edward Jensen, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Christian S. Juell, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Frederick Kamps, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. George Kirtiklis, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Paul Kura, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Albert Landgraf, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Myron Laskow, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Frank Laydon, Appellant.— Motion denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Burr, Thomas Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Thomas Marino, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Christian Meyer, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. James Neylon, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Ernest Ostrander, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.